| Prob 22 (2/98) | | | DOCKET NUMBER (Tran Court) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED BY _____ | | 96CR00127-004 |
| | 2005 SEP 27 PM 4: 05 | | DOCKET NUMBER (Rec Court) 05-20343 D An |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT Northern District of Mississippi | DIVISION Eastern |
|---|---|---|
| Cliffton O'Darrell Tuggle 4152 Print Memphis, TN 38108 | NAME OF SENTENCING JUDGE Neal B. Biggers, Jr. | |
| | DATES OF TSR RELEASE | FROM April 14, 2005 / TO April 13, 2010 |

**OFFENSE**

Armed Bank Robbery; Use/Carrying a Firearm During and in Relation to a Crime of Violence; Interstate Transportation of Firearms with Intent to Commit a Felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

08/29/05
Date                                                                           United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-23-2005
Date                                                                           United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20343 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT